THOMAS I. STORM et al., as Trustees of School District No. 5 of the Town of East Fishkill, Respondents, *v.* THE NEW YORK AND NEW ENGLAND RAILROAD COMPANY, Appellant.

*Storm* v. *N. Y. & N. E. R. R. Co.*, 83 Hun, 86, affirmed.
(Submitted April 21, 1899; decided May 12, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered January 15, 1895, upon an order modifying and, as modified, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

MEMORANDA. 539

*Walter C. Anthony*, for appellant.

*Hackett & Williams* for respondents.

Judgment and order affirmed, with costs, and ten per cent damages under subdivision 5, section 3251, Code of Civil Procedure; no opinion.

All concur.